AO 245B (Rev. 8/96) Sheet 1 - Judgment Criminal Case

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**BRUCE ROBERT NELSON**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: CRIM. 01-146 (2) PAM /JGL

Thomas H. Shiah
Defendant's Attorney

**THE DEFENDANT: Bruce Robert Nelson**

[✔] pleaded guilty to count(s): one of the Indictment .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involves the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841(b)(1)(A),(b)(1)(B) and 846 | Conspiracy to distribute methamphetamine and marijuana | 3/02/01 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).
[✔] Count(s) three and four of the Indictment (is)(are) dismissed on the motion of the United States.

Special Assessment Amount $ 100.00 in full and immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: [redacted]
Defendant's Date of Birth: [redacted]
Defendant's USM No.: 05847-041
Defendant's Residence Address:
none

Defendant's Mailing Address:

January 14, 2002
Date of Imposition of Judgment

Signature of Judicial Officer

**PAUL A. MAGNUSON**, United States District Judge
Name & Title of Judicial Officer

January 14, 2002
Date

Filed JAN 15 2002
Richard D. Sletten, Clerk
Judgment Entd ________
Deputy Clerk ________
copies dist'd

A true copy in 5 sheet(s)
of the record in my custody.
Certified ________, 2002
by ________________
Deputy Clerk

SCANNED
APR 1 2005
U.S. DISTRICT COURT MPLS

A true copy in 5 sheet(s)
of the record in my custody.
CERTIFIED, 01 25 20 05
Richard D. Sletten, Clerk
BY: Deputy Clerk

(110)

CASE NUMBER: CRIM. 01-146 (2) PAM
DEFENDANT: BRUCE ROBERT NELSON



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 93 months.

Sentence is to run concurrently to State sentence now being served.

[✔] The court makes the following recommendations to the Bureau of Prisons:
the State of Minnesota for incarceration. The Court also recommends the defendant participate in the 500-Hour Drug Abuse Program during incarceration.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 2-23-05 to FCI Waseca

at Waseca Mn, with a certified copy of this judgment.

C. Holinka Warden
~~UNITED STATES MARSHAL~~

By [signature] LT
Deputy U.S. Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five years .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔] The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.
2) The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.
3) The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.
4) The defendant shall be required to undergo mandatory drug testing as set forth by 18:3563(a) and 3583(d).

# STATEMENT OF REASONS

[ ] The court adopts the factual findings and guideline application in the presentence report.

**OR**

[ ] The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: 31

Criminal History Category: VI

Imprisonment Range: 188 to 235 months

Supervised Release Range: 5 to __ years

Fine Range: $ 17,500 to $ 4,000,000

[x] Fine is waived or is below the guideline range, because of inability to pay.