UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR. NO. 01-146 (2) PAM

| | |
|---|---|
| United States of America, | ) |
| | ) |
| plaintiff, | ) |
| v. | ) |
| | ) |
| Bruce Robert Nelson, | ) |
| | ) |
| defendant. | ) |

* * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Bruce Robert Nelson has retained Deborah Ellis to substitute as counsel for Thomas Shiah in this case.

Dated: August 22, 2006

Respectfully submitted,

*s/ Deborah Ellis*

Deborah Ellis
Atty. Reg. No. 14616X
700 Saint Paul Building
Six West Fifth Street
Saint Paul, MN 55102
651-297-6400