UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR. NO. 01-146 (2) PAM

| | |
|---|---|
| United States of America, | ) |
| | ) |
| plaintiff, | ) |
| v. | ) |
| | ) |
| Bruce Robert Nelson, | ) |
| | ) |
| defendant. | ) |

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT**

Defendant, Bruce Robert Nelson, by and through his counsel, Deborah Ellis, moves this Court, the Honorable Paul A. Magnuson, for an order, pursuant to Rule 36, Fed.R.Crim.P., correcting the Judgment in A Criminal Case to reflect credit for 210 days in custody from June 18, 2001 to January 14, 2002. Defendant and his trial counsel, Thomas H. Shiah, believed that Mr. Nelson was in federal custody from June 18, 2001 to January 14, 2002 and that the parties contemplated him getting jail credit for that time. Mr. Shiah advised Mr. Nelson that he understood that Mr. Nelson would receive credit for all his jail time leading up to January 14th and that that was the intent of the parties. See attached Affidavit of Thomas Shiah.

According to the Bureau of Prisons, however, Mr. Nelson was not "officially" transferred from state custody to federal custody, and hence the Bureau of Prisons has informed the defendant that he will not be given credit for that custody time <u>unless</u> this

court corrects his Judgment in A Criminal Case to reflect the intent of the court to give him credit for 210 days.

This motion is based upon the entire record file and proceedings, including the attached affidavit of Thomas Shiah, the Plea Agreement and Sentencing Stipulations (attached) and any further submissions by the parties prior to a ruling on the motion.

Dated: August 22, 2006

Respectfully submitted,

*s/ Deborah Ellis*

Deborah Ellis
Atty. Reg. No. 14616X
700 Saint Paul Building
Six West Fifth Street
Saint Paul, MN 55102
651-297-6400