# AFFIDAVIT OF THOMAS SHIAH

STATE OF MINNESOTA )
)ss
COUNTY OF HENNEPIN )

Thomas H. Shiah, being first duly sworn, states and deposes under oath as follows:

1. I am a lawyer licensed to practice in the State of Minnesota.

2. I was appointed to represented Bruce Robert Nelson in United States District Court in case number 01-146 (PAM) in which Mr. Nelson was convicted of conspiracy to distribute methamphetamine and marijuana.

3. During a meeting with my client, Bruce Nelson, at Anoka County Jail, prior to his scheduled sentencing in federal court of January 14, 2002, I advised him that I understood that he would be given credit for all this jail time. I believe this was the intent of both parties at the time of the plea and sentencing.

Further affiant sayeth not.

Thomas H. Shiah

Signed and sworn to before me
this 1st day of May, 2006.

Julie M Fiedler
Notary Public

JULIE M FIEDLER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010