UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-146(2) (PAM/JGL)

UNITED STATES OF AMERICA, Plaintiff,

v.

BRUCE ROBERT NELSON, Defendant.

PLEA AGREEMENT AND SENTENCING STIPULATIONS

The United States of America, and the defendant, Bruce Robert Nelson, hereby agree to resolve this case on the following terms and conditions. This plea agreement is binding only on the defendant and the United States Attorney's Office for the District of Minnesota. It is not binding upon any other United States Attorney's Office or any other federal or state agency.

FACTUAL BASIS

1. The government and the defendant agree that, from approximately June 2000 through approximately March 2, 2001, in the State and District of Minnesota, the Southern District of Texas, and elsewhere, the defendant, Bruce Robert Nelson, knowingly and intentionally conspired with Rene Ramos Galvan, Robert Rivas Beltran, and others to distribute methamphetamine and marijuana. Specifically, during that time frame, Nelson obtained marijuana in shipments of up to 100 pounds at a time from and through his drug source Rene Ramos Galvan. Through an agreement with Galvan and others, Nelson then distributed the marijuana in the District of

Minnesota. The conspiracy also involved Galvan supplying Nelson, Beltran and others with methamphetamine in shipments of up to one pound at a time. Specifically, the one pound of methamphetamine seized from co-defendant Beltran's residence on March 2, 2001 was provided by Galvan for distribution in the District of Minnesota by the defendant and co-defendant Robert Beltran, each aiding and abetting the other. For purposes of this plea agreement, the parties stipulate that the readily provable drug quantity attributable to this defendant consists of approximately 200 pounds of marijuana and approximately one pound of methamphetamine (including 79 grams of methamphetamine (actual)), which triggers a base offense level of 32. The defendant stipulates and agrees that he knew the substances involved in the conspiracy were marijuana and methamphetamine, he acted voluntarily, and he knew his actions violated the law.

## PLEA AGREEMENT

2. Penalties. The defendant will plead guilty to Count 1 of the Indictment charging him with conspiracy to distribute methamphetamine and marijuana in violation of Title 21, United States Code, Section 846. That charge carries a statutory penalty of:

A. a mandatory minimum of 5 years imprisonment;

B. a maximum of 40 years imprisonment;

C. a fine of up to $2,000,000;