14. Fine Range. Assuming an offense level of 31, the fine range is $15,000 to $2,000,000.

15. Supervised Release. The statute and the Guidelines require the Court to impose a term of supervised release of at least four years. Section 5D1.1(a), 5D1.2(b)(1).

16. Special Assessment. At the time of the guilty plea hearing, the defendant shall pay to the clerk of the United States District Court $100.00 as pre-payment of the mandatory special assessment.

17. Forfeitures. The government reserves its right to proceed against any of the defendant's assets if said assets represent real or personal property involved in violations of United States law, or are proceeds traceable to such property.

The foregoing accurately sets forth the full extent of the plea agreement and the sentencing stipulations in the above-captioned case.

Dated:

ROBERT M. SMALL
United States Attorney

BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332

Dated:

BRUCE ROBERT NELSON
Defendant

Dated:

THOMAS H. SHIAH, Esq.
Attorney for Defendant