UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

plaintiff,

v.

Bruce Robert Nelson

defendant.

Court File No. 01-146 (2) PAM

**AFFIDAVIT OF SERVICE**

---

Janna Lynne Bauer being first duly sworn under oath states that on August 22, 2006 she served the following:

**Motion to Correct Clerical Error in Judgment**

Upon:

Jeffrey Paulsen
Assistant United States Attorney
U.S. Courthouse
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

By electronically filing a copy of the above-referenced pleading.

*s/ Janna Bauer*
Janna Bauer