# DOCUMENT

# REMOVED

# *

# FILED UNDER SEAL