UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 01-146 (PAM) |
| | ) | |
| BRUCE ROBERT NELSON | ) | |
| | ) | |

DECLARATION OF KARA CHRISTENSON

1. I, Kara Christenson, do hereby declare that I am employed by the United States Department of Justice, Federal Bureau of Prisons (BOP) as a Legal Instruments Examiner for the Combined Legal Center for Minnesota (CLC Minnesota). CLC Minnesota handles all legal matters, including litigation and administrative issues, for the federal institutions located in Minnesota. This includes the Federal Medical Center in Rochester (FMC Rochester), the Federal Correctional Institutions in Waseca (FCI Waseca) and Sandstone (FCI Sandstone), and the Federal Prison Camp in Duluth (FPC Duluth). The CLC office is housed at FMC Rochester. I have been employed in the Legal Department since June of 1994 and with the BOP since March of 1992.

2. As a Legal Instruments Examiner for CLC Minnesota, I have access to records maintained by the BOP in the normal course of business for inmates, including sentencing data and information concerning grievances filed by inmates through the Administrative Remedy Program.

3. I am familiar with federal inmate Bruce Nelson, Federal Register No. 05-847-041 as he is currently designated to FCI Waseca. On January 14, 2002, Nelson received a 93-month

Attached and incorporated by reference to this declaration as Attachment A is a true and accurate copy, kept in the ordinary course of business, of petitioner's Public Information Data.

4. Prior to an inmate filing a habeas petition, exhaustion of administrative remedies is required. The BOP has a three-part administrative remedy program designed to address a federal inmate's concerns regarding any aspect of his or her confinement, found in Program Statement 1330.13, *Administrative Remedy Program*. This procedure is also codified in Title 28, Code of Federal Regulations, Section 542. This policy affords inmates confined in federal institutions the opportunity to voice their grievances and provides staff an opportunity to resolve issues in-house prior to an inmate seeking relief through the judicial system.

5. Under the Administrative Remedy Program for inmates, an inmate must first attempt informal resolution of the complaint, and if unsuccessful then must raise his complaint, with the informal resolution attached, to the Warden of the institution where he is confined. If dissatisfied, the inmate may appeal the Warden's response to the Regional Director, and again to the Central Office of the BOP if dissatisfied with the Regional Director's response. Once an inmate has received a final response from the Central Office, he or she has exhausted his or her administrative remedies.

6. Nelson has not filed any administrative remedies, on any subject, on any level, since his incarceration. Attached and incorporated by reference to this declaration as Attachment B is a true and accurate copy, kept in the ordinary course of business, of petitioner's Administrative Remedy Generalized Retrieval Data.

I declare under penalty of perjury pursuant to 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 8th day of September, 2006.

Kara Christenson

Kara Christenson
Legal Instruments Examiner
Federal Medical Center
Rochester, Minnesota

# ATTACHMENT A

RCHT6 * PUBLIC INFORMATION * 09-08-2006
PAGE 001 * INMATE DATA * 15:04:39
AS OF 09-08-2006

REGNO..: 05847-041 NAME: NELSON, BRUCE ROBERT

RESP OF: WAS / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 507-835-8972 FAX: 507-837-4547
RACE/SEX...: WHITE / MALE
FBI NUMBER.: 18468M1 DOB/AGE....: [redacted] / 54
PROJ REL MT: BOP SUBST ABUSE TRTMT REL PAR ELIG DT: N/A
PROJ REL DT: 10-14-2007 PAR HEAR DT:

------------------------- ADMIT/RELEASE HISTORY -------------------------

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| WAS | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-23-2005 1135 | CURRENT |
| 3-X | RELEASE | RELEASED FROM IN-TRANSIT FACL | 02-23-2005 1248 | 02-23-2005 1248 |
| 3-X | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 02-23-2005 1245 | 02-23-2005 1248 |
| NCR | TRANSFER | TRANSFER | 02-23-2005 1145 | 02-23-2005 1145 |
| NCR | A-STCONCUR | STATE CONCURRENCY CASE | 01-29-2002 1128 | 02-23-2005 1145 |
| 1-P | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-29-2002 1228 | 01-29-2002 1228 |
| 1-P | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-25-2002 1028 | 01-29-2002 1228 |
| CMS | ADMIN REL | ADMINISTRATIVE RELEASE | 01-25-2002 0928 | 01-25-2002 0928 |
| CMS | A-ADMIN | ADMINISTRATIVE ADMISSION | 01-25-2002 0926 | 01-25-2002 0928 |
| SST | TERM ORDER | COURT ORDER TERMINATING SENT | 11-04-1994 2016 | 01-25-2002 0926 |
| SST | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-19-1994 1325 | 11-04-1994 2016 |
| B07 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-19-1994 1425 | 04-19-1994 1425 |
| B07 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-19-1994 1037 | 04-19-1994 1425 |
| RCH | TRANSFER | TRANSFER | 04-19-1994 0937 | 04-19-1994 0937 |
| RCH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-03-1993 1337 | 04-19-1994 0937 |
| 1-P | RELEASE | RELEASED FROM IN-TRANSIT FACL | 11-03-1993 1437 | 11-03-1993 1437 |
| 1-P | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-28-1993 1036 | 11-03-1993 1437 |
| CMS | ADMIN REL | ADMINISTRATIVE RELEASE | 10-28-1993 0936 | 10-28-1993 0936 |
| CMS | A-ADMIN | ADMINISTRATIVE ADMISSION | 10-28-1993 0935 | 10-28-1993 0936 |

G0002 MORE PAGES TO FOLLOW

RCHT6 * PUBLIC INFORMATION * 09-08-2006
PAGE 002 * INMATE DATA * 15:04:39
AS OF 09-08-2006

REGNO..: 05847-041 NAME: NELSON, BRUCE ROBERT

RESP OF: WAS / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 507-835-8972 FAX: 507-837-4547
PRE-RELEASE PREPARATION DATE: 04-14-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 10-14-2007 VIA 3621E CMPL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: CRIM.01-146 (02) PAM
JUDGE...........................: MAGNUSON
DATE SENTENCED/PROBATION IMPOSED: 01-14-2002
DATE COMMITTED..................: 01-29-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 391
OFF/CHG: 21:841(B)(1)(A)(B)(1)(B) AND 846 CONSPIRACY TO DISTRIBUTE
METHAMPHETAMINE AND MARIJUANA

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 93 MONTHS
TERM OF SUPERVISION............: 5 YEARS
CLASS OF OFFENSE...............: CLASS A FELONY
DATE OF OFFENSE................: 03-02-2001

```
 RCHT6          *          PUBLIC INFORMATION           *      09-08-2006
PAGE 003        *             INMATE DATA               *      15:04:39
                             AS OF 09-08-2006

REGNO..: 05847-041 NAME: NELSON, BRUCE ROBERT

                   RESP OF: WAS / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 507-835-8972    FAX: 507-837-4547
-------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 01-05-2006 AT WAS AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 01-14-2002
TOTAL TERM IN EFFECT............:    93 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS      9 MONTHS
EARLIEST DATE OF OFFENSE........: 03-02-2001

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 364
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 10-14-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-13-2009


PROJECTED SATISFACTION DATE.....: 10-14-2007
PROJECTED SATISFACTION METHOD...: 3621E CMPL
```

REGNO..: 05847-041 NAME: NELSON, BRUCE ROBERT

RESP OF: WAS / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 11-04-1994 VIA TERM ORDER

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: CRIMINAL 3-93-23
JUDGE...........................: MAGNUSON
DATE SENTENCED/PROBATION IMPOSED: 10-21-1993
DATE COMMITTED..................: 11-03-1993
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $50.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 380
OFF/CHG: POSSESSIOIN WITH INTENT TO DISTRIBUTE HEROIN 21:841(A)(1)

SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 41 MONTHS
TERM OF SUPERVISION............: 5 YEARS
DATE OF OFFENSE................: 02-08-1993

```
  RCHT6           *            PUBLIC INFORMATION             *      09-08-2006
PAGE 005 OF 005 *                INMATE DATA                  *      15:04:39
                               AS OF 11-04-1994

REGNO..: 05847-041 NAME: NELSON, BRUCE ROBERT

                   RESP OF: WAS / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 507-835-8972    FAX: 507-837-4547
---------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-04-1994 AT SST AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 10-21-1993
TOTAL TERM IN EFFECT............:    41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS      5 MONTHS
EARLIEST DATE OF OFFENSE........: 02-08-1993

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    02-08-1993    10-20-1993

TOTAL PRIOR CREDIT TIME.........: 255
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 137
TOTAL GCT EARNED................: 81
STATUTORY RELEASE DATE PROJECTED: 02-22-1996
SIX MONTH /10% DATE.............: 11-04-1995
EXPIRATION FULL TERM DATE.......: 07-08-1996


ACTUAL SATISFACTION DATE........: 11-04-1994
ACTUAL SATISFACTION METHOD......: TERM ORDER
ACTUAL SATISFACTION FACILITY....: SST
ACTUAL SATISFACTION KEYED BY....: PMM

DAYS REMAINING..................: 612
FINAL PUBLIC LAW DAYS...........: 0


G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# ATTACHMENT B

```
  RCHT6         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-07-2006
PAGE 001 OF 001                                                   12:25:12
     FUNCTION: LST SCOPE: REG   EQ 05847-041     OUTPUT FORMAT: FULL__________
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM __________ THRU __________ DT STS: FROM __________ THRU __________
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ______ ______ ______ ______ ______ ______ ______ ______ ______ ______
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _               RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: __________ __________ __________ __________ __________ __________
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ __________ __________ __________ __________ __________ __________
RCV QTR..: EQ __________ __________ __________ __________ __________ __________
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ __________ __________ __________ __________ __________ __________
ORIG QTR.: EQ __________ __________ __________ __________ __________ __________


G5152       NO REMEDY DATA EXISTS FOR THIS INMATE
```