PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Bruce Robert Nelson**

**Docket No. 0:01CR00146-002(PAM)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bruce Robert Nelson** who was sentenced for Conspiracy to Distribute Methamphetamine and Marijuana on January 14, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> **General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On June 16, 2008 , Mr. Nelson provided a urine sample at Family Focus, Mankato, Minnesota, that appeared positive for cocaine. The sample was sent for laboratory analysis and results are pending at this time. On June 25, 2008, this officer met with Mr. Nelson at his home, and he admitted to using cocaine on June 16, 2008.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on June 27, 2008, at 10:00 a.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 26th day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Lisa L. Martinetto
Senior U.S. Probation Officer
Telephone: 651-848-1245

Executed on June 26, 2008
Place St. Paul

SCANNED
JUN 26 2008
U.S. DISTRICT COURT ST. PAUL