UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Crim. File No. 01-146(2) (PAM)

Plaintiff,

v.  **ORDER**

Bruce Robert Nelson,

Defendant.

---

This matter is before the Court on Defendant Bruce Robert Nelson's Second Motion for Temporary Furlough.  Because Defendant is in the custody of the U.S. Marshal and not of the Bureau of Prisons, the Court has jurisdiction to entertain the request.  Defendant has established good cause for the temporary furlough.

Accordingly, **IT IS HEREBY ORDERED that** Defendant's Second Motion for Temporary Furlough (Docket No. 176) is **GRANTED** and Defendant shall be temporarily furloughed from custody on Wednesday, February 23, 2011, beginning at 10:00 am, and he shall return to custody no later than 5:00 pm on February 23, 2011.

Dated:   February 22, 2011

 *s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge